KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 353-1857
Facsimile:     (202) 307-0054
E-mail:        boris.kukso@usdoj.gov
               western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Civil No. 1:12-CV-1194-AWI-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE |
| UNITED STATES, et al, | Date: September 27, 2012 |
| | Time: 10:00am |
| Defendants. | Courtroom #10 (6th Floor) |
| | GARY S. AUSTIN |
| | US MAGISTRATE JUDGE |

   Pursuant to the Order Setting Mandatory Scheduling Conference dated July 20, 2012, the parties are ordered to submit a Joint Scheduling Report one week prior to the Scheduling Conference currently set for September 27, 2012.

   Because Plaintiff and the United States have reached a resolution of this case, Plaintiff and the United States request that the Joint Scheduling Conference be continued by 60 days for the parties to

finalize their agreement and file the necessary documents with the court.

IT IS HEREBY STIPULATED, by and between Plaintiff and the United States, by and through their respective counsel, that:

The Scheduling Conference in this action, previously scheduled for September 27, 2012, should be continued by 60 days to such time and date as may be set by the Court, and that the Joint Scheduling Report be due one week prior to that date.

DATED: September 18, 2012.

          KATHRYN KENEALLY
          Assistant Attorney General

          By:
            /s/ Boris Kukso
          BORIS KUKSO
          Trial Attorney, Tax Division
          U.S. Department of Justice

          BENJAMIN B. WAGNER
          United States Attorney

          Attorneys for the United States

Dated: September 18, 2012

          MATTHEW D. OWDOM, Esq.
          Law Offices of Michael J. Lampe
          108 West Center Avenue
          Visalia, California 93291

          Attorneys for Plaintiff

**ORDER**

The Court having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference in this action is continued to

November 28, 2012, at 9:30 am in Courtroom 10, and a Joint Scheduling Report shall be filed one full week prior to the Scheduling Conference.

IT IS SO ORDERED.

**Dated:    September 19, 2012**                         /s/ Gary S. Austin
                                                                   **UNITED STATES MAGISTRATE JUDGE**