Michael J. Lampe  #82199
Michael P. Smith  #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975
Facsimile (559) 738-5644

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as Trustee for the Certificate Holders of CWABS, Inc., Asset Backed Certificates, Series 2007-12,<br><br>Plaintiff,<br><br>vs.<br><br>MARK JACOBS; VIVIAN JACOBS; THE UNITED STATES OF AMERICA; and DOES 1-50,<br><br>Defendants. | Case No. 1:12-cv-1194-AWI-GSA<br><br>STIPULATION AND REQUEST FOR ORDER OF DISMISSAL |

Due to the recordation of a certificate of release of the notice of federal tax lien at issue in the above-captioned action, the parties having appeared in this action respectfully request, by way of stipulation, that the action be dismissed without prejudice, each party to bear its own costs and attorneys fees.

///
///
///

_____
STIPULATION AND REQUEST FOR ORDER OF DISMISSAL

1

Dated: January 16, 2013         /s/ Matthew D. Owdom    #258779
                                LAW OFFICES OF MICHAEL J. LAMPE
                                Attorneys for Bank of New York
                                By: Matthew D. Owdom

Dated: January 17, 2013

                                KATHRYN KENEALLY
                                Assistant Attorney General

                                By:
                                   /s/ Boris Kukso
                                BORIS KUKSO
                                Trial Attorney, Tax Division
                                U.S. Department of Justice

                                BENJAMIN B. WAGNER
                                United States Attorney

                                Attorneys for the United States

## ORDER

Good cause appearing, it is hereby ORDERED that the above-captioned action be dismissed, without prejudice, with each party to bear its own costs and attorney's fees pursuant to stipulation.

IT IS SO ORDERED.

Dated:   January 17, 2013

                                _____
                                SENIOR DISTRICT JUDGE

_____
STIPULATION AND REQUEST FOR ORDER OF DISMISSAL

2